UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KERAN L. JONES<br>    LA. DOC #364286<br>    AVDC #1588<br>VS. | CIVIL ACTION NO. 1:10-cv-0088<br><br>SECTION P<br><br>JUDGE DRELL |
| GLENN BOOTY, WARDEN | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d), and, because petitioner has failed to exhaust available State court remedies prior to filing suit.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 6th day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE